UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LAURA RAAB; and ANDRE RAAB,

    Plaintiffs,

v.                                                        Case No. 6:17-cv-1049-Orl-37TBS

UNITED HEALTHCARE INSURANCE
COMPANY,

    Defendant.

## ORDER

In this insurance action, Defendant moves to dismiss a single claim of Plaintiffs' Complaint, a claim of statutory bad faith ("**Count II**"). (Doc. 12 ("**MTD**").) As grounds, Defendant asserts that Count II is preempted by the Employee Retirement Income Security Act of 1974 ("**ERISA**"). (*Id.* at 3.) On referral, U.S. Magistrate Judge Thomas B. Smith recommends that the Court grant Defendant's MTD. (Doc. 42 ("**R&R**").)

In his R&R, Magistrate Judge Smith concludes, per the Court's August 25 Order (Doc. 40), that the group health insurance policy at issue is governed by ERISA. (*Id.* at 3.) Because ERISA preempts state law claims for statutory bad faith, 29 U.S.C. § 1144(a), Plaintiffs' claim cannot continue. (*Id.*) Hence, Defendant's MTD should be granted. (*Id.*)

The parties did not object to the R&R, and the time for doing so has now passed. As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Marcort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no clear error, the

Court concludes that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 42) is **ADOPTED, CONFIRMED,** and made a part of this Order.

2. Defendant's Motion to Dismiss Count II of Plaintiff's Complaint (Doc. 12) is **GRANTED**.

3. Plaintiffs' remaining breach of contract claim is **CONVERTED** to an ERISA claim, and the case will proceed as set forth in the ERISA Case Management and Scheduling Order (Doc. 27.)

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 18, 2017.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record